18129.  LANG *v.* SOUTH GEORGIA INVESTMENT COMPANY.

BLOODWORTH, J. 1. The evidence amply authorized the finding of the jury.
2. This court not being convinced that this case was "taken up for delay only," the request of defendant in error that damages be assessed, as provided by section 6213 of the Civil Code (1910), is denied.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.

Complaint; from Colquitt superior court—Judge W. E. Thomas. April 6, 1927.

*P. Q. Bryan,* for plaintiff in error.  *Hoyt H. Whelchel,* contra.

Appeal and Error, 4 C. J. p. 852, n. 56.
Costs, 15 C. J. p. 285, n. 50.